**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
File No.: 3:07-CV-330-RJC-DCK**

| | |
|---|---|
| DUKE POWER COMPANY, LLC )<br>d/b/a )<br>DUKE ENERGY CAROLINAS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES FIDELITY AND )<br>GUARANTY COMPANY, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Mark A. Michael for admission *pro hac vice* of Linda Foster, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendant United State Fidelity and Guaranty Company.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

Signed: August 28, 2007

_____
David C. Keesler
United States Magistrate Judge

CHAR2\1030063v1