UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv330

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES FIDELITY AND ) | |
| GUARANTY COMPANY, ) | |
| Defendant. ) | |

On November 14, 2007, during a pretrial conference with the parties, the Court, on its own motion, ordered that Plaintiff file a Statement of Jurisdiction setting forth the states or residence of all members of Plaintiff LLC and Defendant.

In its Statement of Jurisdiction (Doc. No. 12), Plaintiff has sufficiently demonstrated complete diversity, and accordingly this Court finds that jurisdiction is present.

**SO ORDERED.**

Signed: November 28, 2007

Robert J. Conrad, Jr.
Chief United States District Judge